# Order

Michigan Supreme Court
Lansing, Michigan

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146864(6)

VINCENT BURGESS,
               Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,
               Defendant.

SC: 146864
AGC: 1353-13

_____/

       On order of the Court, the motion for reconsideration of this Court's May 28, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

d0826